IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.<br>) 2:18cv404-MHT<br>) (WO) |
| CNL NET LEASE FUNDING 2001, LP, | ) |
|     Defendant. | ) |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). No costs are taxed.

This case is closed.

DONE, this the 26th day of March, 2019.

                                   /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**